# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEVEN R. NUSBAUM, derivatively on Behalf of HONEYWELL INTERNATIONAL INC., | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| DARIUS E. ADAMCZYK, DUNCAN B. ANGOVE, WILLIAM S. AYER, KEVIN BURKE, JAIME CHICO PARDO, D. SCOTT DAVIS, LINNET F. DEILY, JUDD A. GREGG, CLIVE R. HOLLICK, GRACE D. LIEBLEIN, GEORGE PAZ, ROBIN L. WASHINGTON, DAVID M. COTE, GREG LEWIS, and THOMAS A. SZLOSEK, | ) ) ) ) ) ) ) ) ) ) ) C.A. No. 19-898-CFC |
| Defendants, | ) ) |
| and | ) ) |
| HONEYWELL INTERNATIONAL, INC., | ) ) |
| Nominal Defendant. | ) |

## NOTICE OF APPEARANCE

PLEASE ENTER the appearance of Michael A. Pittenger, Esq., and Jonathan A. Choa, Esq. of Potter Anderson & Corroon LLP, on behalf of Defendants Darius E. Adamczyk, Duncan B. Angove, William S. Ayer, Kevin Burke, Jaime Chico Pardo, D. Scott Davis, Linnet F. Deily, Judd A. Gregg, Clive R. Hollick, Grace D. Lieblein, George Paz, Robin L. Washington, David M. Cote, Greg Lewis, Thomas A. Szlosek, and Nominal Defendant Honeywell International, Inc.

2

        POTTER ANDERSON & CORROON LLP

By: */s/ Jonathan A. Choa*
    Michael A. Pittenger (#3212)
    Jonathan A. Choa (#5319)
    Hercules Plaza
    P.O. Box 951
    Wilmington, DE 19899
    (302) 984-6000
    mpittenger@potteranderson.com
    jchoa@potteranderson.com

Dated: June 26, 2019          *Attorneys for Defendants*
6281815/ 49232