**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| STEVEN R. NUSBAUM, derivatively on Behalf of HONEYWELL INTERNATIONAL INC., | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| DARIUS E. ADAMCZYK, DUNCAN B. ANGOVE, WILLIAM S. AYER, KEVIN BURKE, JAIME CHICO PARDO, D. SCOTT DAVIS, LINNET F. DEILY, JUDD A. GREGG, CLIVE R. HOLLICK, GRACE D. LIEBLEIN, GEORGE PAZ, ROBIN L. WASHINGTON, DAVID M. COTE, GREG LEWIS, and THOMAS A. SZLOSEK, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 19-898-CFC |
| Defendants, | )<br>) |
| and | )<br>) |
| HONEYWELL INTERNATIONAL, INC., | )<br>) |
| Nominal Defendant. | ) |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Sandra C. Goldstein and Rachel M. Fritzler of Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022 to represent Defendants Darius E. Adamczyk, Duncan B. Angove, William S. Ayer, Kevin Burke, Jaime Chico Pardo, D. Scott Davis, Linnet F. Deily, Judd A. Gregg, Clive R. Hollick, Grace D. Lieblein, George Paz, Robin L. Washington, David M. Cote, Greg Lewis, Thomas A. Szlosek, and Nominal Defendant Honeywell International, Inc. in this matter.

POTTER ANDERSON & CORROON LLP

By: */s/ Jonathan A. Choa*
    Michael A. Pittenger (#3212)
    Jonathan A. Choa (#5319)
    Hercules Plaza
    P.O. Box 951
    Wilmington, DE 19899
    (302) 984-6000
    mpittenger@potteranderson.com
    jchoa@potteranderson.com

*Attorneys for Defendants*

Dated:  June 26, 2019
6279109 / 49232

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____
                                                                          United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00

☐    has been paid to the Clerk of the Court

☒    will be submitted to the Clerk's Office upon the filing of this motion

Date:  June 26, 2019    Signed: */s/ Sandra C. Goldstein*
  Sandra C. Goldstein
  KIRKLAND & ELLIS LLP
  601 Lexington Avenue
  New York, NY  10022
  Tel: (212) 446-4800
  sandra.goldstein@kirkland.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00

☐   has been paid to the Clerk of the Court

☒   will be submitted to the Clerk's Office upon the filing of this motion


Date:  June 26, 2019            Signed: */s/ Rachel M. Fritzler*
                                Rachel M. Fritzler
                                KIRKLAND & ELLIS LLP
                                601 Lexington Avenue
                                New York, NY  10022
                                Tel: (212) 446-4800
                                rachel.fritzler@kirkland.com